# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Oscar Rodriguez Martinez,

Petitioner(s),

v.

David Easterwood, Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Executive Office for Immigration Review, Sherburne County Sheriff's Office,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1076 JMB/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Petition (Doc. No. 1) is GRANTED, as follows:

1. Respondents are ORDERED to release Petitioner Jose R. from custody immediately in Minnesota without conditions, and in any event on or before 4:00 p.m. CT on February 10, 2026

2. On or before 11:00 a.m. CT on February 11, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in Minnesota without conditions in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 11, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, and affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property is retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation). If Petitioner was transferred out of Minnesota prior to the Court's Order granting the Petition, counsel shall also file a declaration on or before 11:00 a.m. CT on February 11, 2026, pursuant to 28 U.S.C. § 1746 by an individual

with personal knowledge that includes the following: (a) the name or names of any individual or individuals who authorized Petitioner's transfer outside of Minnesota; (b) the basis for the transfer; (c) the time and date when that decision was made; (d) the time and date when Petitioner was moved; and (e) what efforts Respondents took to return Petitioner to Minnesota as ordered by the Court.

3. Jose R. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. As to other forms of relief requested, the Petition is DENIED.

Date: 2/9/2026

KATE M. FOGARTY, CLERK